832

No. 482. A. J. PARETTA CONTRACTING CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Emanuel Harris* for petitioner. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney, John R. Benney* and *Alvin O. West* for the United States.

No. 496. KENNECOTT COPPER CORP. *v.* SALT LAKE COUNTY;

No. 497. SILVER KING COALITION MINES CO. *v.* SUMMIT COUNTY ET AL.;

No. 498. PARK UTAH CONSOLIDATED MINES CO. *v.* SUMMIT COUNTY ET AL.;

No. 499. PARK UTAH CONSOLIDATED MINES CO. *v.* WASATCH COUNTY ET AL.; and

No. 500. NEW PARK MINING CO. *v.* WASATCH COUNTY ET AL. C. C. A. 10th. Certiorari denied. *C. C. Parsons* and *William W. Ray* for petitioners. *Grover A. Giles,* Attorney General of Utah, *Zar E. Hayes* and *Calvin L. Rampton,* Assistant Attorneys General, for respondents. Reported below: 163 F. 2d 484.

No. 506. A. B. T. MANUFACTURING CO. *v.* NATIONAL SLUG REJECTORS, INC. C. C. A. 7th. Certiorari denied. *Clarence E. Threedy* for petitioner. *Clarence J. Loftus* for respondent.

No. 510. STEVENSON *v.* JOHNSTON, WARDEN. C. C. A. 9th. Certiorari denied. *A. J. Zirpoli* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent.

No. 511. BRUNO *v.* UNITED STATES. C. C. A. 9th. Certiorari denied. *Walter H. Duane* and *Albert A. Spiegel* for petitioner. *Solicitor General Perlman* for the United States.